UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN ENGLE,                           )
                        Plaintiff,     )
                                       )        No. 1:20-cv-113
-v-                                    )
                                       )        Honorable Paul L. Maloney
COMMISSIONER OF SOCIAL SECURITY,       )
                        Defendant.     )
_____)

## JUDGMENT

The Court has affirmed the Commissioner's final decision denying benefits and has

resolved all pending claims.  As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 23, 2020                        /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge